Case 15-00102 Doc 9 Filed 04/28/15 Entered 04/30/15 10:42:53 Desc Main
Document Page 1 of 2

15-00102:6.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 3/31/2015 1:47:49 PM by:Edwin Feld Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BK No. 14-44534 |
| | ) | |
| James Owten Jr. | ) | |
| Dawn Owten | ) | Judge: Schmetterer |
| | ) | |
| Debtors | ) | Chapter: 13 |

| | | |
|---|---|---|
| James Owten Jr and | ) | |
| Dawn Owten | ) | |
| Plaintiffs, | ) | |
| | ) | Adv No.: 15-00102 |
| v. | ) | |
| BMO Harris Bank | ) | |
| Defendant. | ) | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. sec 151 et seq and 28 U.S.C. sec 1334 and Local Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding. The above referenced adversary case was filed on February 17, 2015. The Plaintiff served BMO Harris Bank by regular US Mail and certified US mail. BMO Harris Bank has faild to answer or plead in this case. The Debtors Chapter 13 case was filed December 15, 2014. It has not been confirmed.

Among Debtor's scheduled assets is the Debtor's residence, commonly known as 22709 Theodore Avenue Sauk Village, IL 60438, PIN#33-31-112-020. The appraised value of said real estate is $31,108 as demonstrated by the Uniform Residential Appraisal Report of record. The lien of the first mortgage held by BMO Harris Bank is $45, 147. The lien of the second mortgage held by BMO Harris Bank is $10,799.00 at this time.

Under Sections 506(a) and 506(d), BMO Harris' Second mortgage would be an allowed secured claim to the extent the value of the estates interest in the property securing the claim, and would be void to the extent it is not an allowed secured claim. The amount owed on the first mortgage, $45,147.00 exceeds the value of the real estate, which is $31,108. BMO Harris'

second mortgage is wholly unsecured and may be stripped off. (See *IN Re: Pence*, 905 F. 2d, 1107 (7th Cir 1990), *In Re: King*, 290 B.R. 642 (C.D. Ill. 2003) and this Court's opinion in *In Re: Forrest*, 09 B 20874 (N.D. Ill. 9/16/2009), Slip Op.

WHEREFORE, for forgoing reasons, a judgment by default will be entered in favor of the plaintiffs and against Defendant BMO Harris Bank, stripping the Defendant's second mortgage on the Plaintiff's residential real estate.

ENTERED:

_____
U.S. Bankruptcy Judge

Dated: 4/28/15

APR 28 2015

David Weiss
Edwin L Feld and Associates LLC
29 S Lasalle, Suite 328
Chicago, IL 60603
(312) 263-2100